People of State of Illinois ex rel. Marvin W. Hart,
Appellee, v. City of Chicago et al., Appellants.

Gen. No. 44,006.

opinion filed
April 21, 1947; released for publication May 5, 1947. Barnet Hodes,
Corporation Counsel, for appellants; L. Louis Karton and J. Herzl
Segal, Head of Appeals and Review Division; A. A. Pantelis and
Sydney R. Drebin, Assistant Corporation Counsel, of counsel; Herbert M.
Wetzel, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. Not
to be published in full.